UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80400-CIV-ZLOCH

ROBERT ERIC SILVERSTONE,

    Plaintiff,

vs.  **FINAL ORDER OF DISMISSAL**

TRIBUTE/FIRST BANK OF
DELAWARE and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Voluntary Dismissal With Prejudice (DE 15) filed herein by all Parties. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Voluntary Dismissal With Prejudice (DE 15) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of October, 2009.

                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Counsel of Record