UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80400-CIV-ZLOCH

ROBERT ERIC SILVERSTONE,

    Plaintiff,

vs.

TRIBUTE/FIRST BANK OF
DELAWARE and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

**AMENDED FINAL ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

    THIS MATTER is before the Court upon the Joint Stipulation For Voluntary Dismissal With Prejudice (DE 15) filed herein by Plaintiff Robert Eric Silverstone and Defendant Experian Information Solutions, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court's Prior Final Order Of Dismissal (DE 16) be and the same is hereby **VACATED,** set aside and of no further force or effect;

    2. The Joint Stipulation For Voluntary Dismissal With Prejudice (DE 15) filed herein by Plaintiff Robert Eric Silverstone and Defendant Experian Information Solutions, Inc. be and the same is hereby approved, adopted and ratified by the Court; and

    3. As to Defendant Experian Information Solutions Inc., the

above-styled cause be and the same is hereby **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___12th___ day of November, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record